

*June 6, 2017*

2017-Ohio-4132.]

**2017-0442. State ex rel. Mars Urban Solutions, L.L.C. v. Cuyahoga Cty. Fiscal Officer.**
In Mandamus. On relators' motion to strike respondents' motion to dismiss. Motion denied. Relators may file a response to the motion to dismiss within ten days of the date of this entry.

**2016-1731. State ex rel. BC South, L.L.C. v. Knece.**
In Prohibition. On application for dismissal. Application granted. Cause dismissed.

**2017-0251. State ex rel. Daily Servs., L.L.C. v. Buehrer, Adm.**
Franklin App. No. 14AP-405, 2016-Ohio-8333. Appellee/cross-appellant has not filed a second merit brief, due June 1, 2017, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence. The cross-appeal of appellee/cross-appellant is dismissed. This cause remains pending on the appeal of appellant/cross-appellee.

*June 7, 2017*

2017-Ohio-4159.]

**2016-1394. Johnson v. Shaker Hts. Mun. Court.**
In Mandamus. This case is returned to the regular docket under S.Ct.Prac.R. 19.01. Respondent shall file a response to the complaint within 21 days.

**2017-0228. Scaglione v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2016-532, 2016-533, 2016-536, 2016-1331, and 2016-1335. This case is returned to the regular docket under S.Ct.Prac.R. 19.01. The appellant shall file a brief within 40 days, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct.Prac.R. 16.07, the court may dismiss the case or take other action if the parties fail to timely file merit briefs.

**2017-0389. State ex rel. Armatas v. Haas.**
In Prohibition. This case is returned to the regular docket under S.Ct.Prac.R. 19.01.

**2017-0464. State ex rel. Cleveland Browns Football Co., L.L.C. v. Indus. Comm.**
Franklin App. No. 14AP-1031, 2017-Ohio-837. This case is returned to the regular docket under S.Ct.Prac.R. 19.01. The appellant shall file a brief within 40 days, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct.Prac.R. 16.07, the court may dismiss the case or take other action if the parties fail to timely file merit briefs.

**2017-0631. Kettering City School Dist. Bd. of Edn. v. Testa.**
Board of Tax Appeals, No. 2016-495.

**2017-0636. State ex rel. Penske Truck Leasing Co., L.L.P. v. Indus. Comm.**
Franklin App. No. 15AP-223, 2017-Ohio-1119.